429 A.2d 91

Commonwealth v. Metzger, Appellant.

Submitted December 6, 1979. Peter T. Campana, for appellant; Richard C. Brittain, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Order affirmed.

This decision was reached prior to the retirement of EAGEN, C. J.